

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DWIGHT ANTONIO HOWARD**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 1:13cv518-MTP**

**CAPTAIN BEVERLY BRELAND, et al.**                                    **DEFENDANTS**

### JUDGMENT

This cause having come before the Court following a *Spears* hearing in this case and on consideration of the Complaint [1], and a decision having been duly rendered by separate Opinion and Order [58],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g). All pending motions are denied as moot.

THIS, the 15th day of December, 2014.

_____

Michael T. Parker
United States Magistrate Judge